## BEARDEN *v.* UNITED STATES.

No. 467, Misc.   Decided February 25, 1963.

*William C. Collins* for petitioner.

*Solicitor General Cox, Assistant Attorney General Miller* and *Philip R. Monahan* for the United States.

PER CURIAM.

The motion for leave to proceed *in forma pauperis* and the petition for writ of certiorari are granted.   The judgment is vacated and the case is remanded for further consideration in light of *Elchuk* v. *United States,* 370 U. S. 722.

MR. JUSTICE WHITE took no part in the consideration or decision of this case.